# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBYN JEAN BUCK,<br><br>　　　　　　　　　　　Plaintiff,<br>vs.<br><br>SD COASTLINE LP and DOES 1-10,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 10-CV-2107 MMA (NLS)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[Doc. No. 7] |

On October 8, 2010, Plaintiff Robyn Jean Buck ("Buck"), proceeding *pro se*, filed a complaint alleging improper eviction proceedings related to real property located at 1769 Vale Terrace Drive, Vista, CA 92084, against Defendant SD Coastline LP ("SD Coastline"), and Does 1-10. [Doc. No. 1.] Also on October 8, 2010, Buck filed a Notice of Removal of *SD Coastline LP* v. *Robyn Jean Buck*, case number 10-CV-2108 MMA (NLS). Both cases were assigned to the undersigned pursuant to Civil Local Rule 40.1.d; the cases were not consolidated. On November 19, 2010, the Court remanded *SD Coastline LP v. Robyn Jean Buck* to the Superior Court of California, County of San Diego. [Case No. 10-CV-2108; Doc. No. 14.]

On January 5, 2011, Buck and SD Coastline reached a settlement in *SD Coastline LP v. Robyn Jean Buck*, and signed a "Settlement Stipulation and Mutual Release of all Claims." The terms of the agreement included a mutual release of "any and all past, present, and future claims, actions, causes of action . . . which is in any manner or in any event related to . . . disputes in this unlawful detainer

1 action and/or [Robyn Jean Buck's] occupancy of [1769 Vale Terrace Drive, Vista, CA 92084]."

2 On January 19, 2011, the "Settlement Stipulation and Mutual Release of all Claims" was filed
3 in the instant case and entitled "Joint Motion for Settlement." [Doc. No. 7.] The filing party also
4 submitted a proposed order "Dismissing Entire Action With Prejudice" pursuant to Civil Local Rule
5 7.2.c. The Court has carefully reviewed the settlement stipulation and hereby construes the filing as
6 a Joint Motion for Dismissal of Action With Prejudice.

7 Accordingly, good cause appearing, the Court hereby **GRANTS** the parties' Joint Motion for
8 Dismissal of Entire Action With Prejudice. [Doc. No. 7.] The Clerk of Court shall terminate the
9 case.

10 **IT IS SO ORDERED.**

12 DATED: January 20, 2011

13 Hon. Michael M. Anello
14 United States District Judge